UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Criminal No. 09-695 (PGS) |
| THOMAS FREEMAN | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), and defendant Thomas Freeman (by Peter Carter, Assistant Federal Public Defender), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendant shall file any motions no later than November 27, 2009;

IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed no later than December 11, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be December 18, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for December 29, 2009; and

IT IS FURTHER ORDERED that the period from October 20, 2009 through December 29, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the

United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

Peter Carter, Esq.
Counsel for defendant Freeman

Lee Vartan
Assistant U.S. Attorney