**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

1002 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

November 12, 2010

Honorable Peter G. Sheridan
United States District Court Judge
District of New Jersey
United States Courthouse
Trenton, New Jersey 08608

Re: United States v. Thomas Freeman, Crim. No. 09-695

Dear Judge Sheridan:

I am writing to request that I be permitted to file motions on November 20, 2010, rather than on November 13, 2010 as previously scheduled by the order of this Court. I have spoken to Assistant United States Attorney Lee Vartan about this, and he consents to the filing of defense motions on this schedule, and that this should not delay the Government's response, which is due on December 13, 2010.

Thank you for you attention to this request, if you have any questions or concerns, please do not hesitate to contact me.

Yours very truly,

s/: Peter M. Carter
Peter M. Carter, AFPD

SO ORDERED: *Peter M Sheridan*
DATED: 1/15/10