# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,                    Criminal 09-695(PGS)

    v.

Thomas Freeman                               O R D E R

    Defendant.

The Court having determined that remand is appropriate and for good cause shown,

It is on this 14th day of January 2011,

ORDERED that Defendant, Thomas Freeman be remanded to the custody of the US Marshal.

_____
PETER G. SHERIDAN, U.S.D.J.