# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

RECEIVED
DEC 1 6 2015
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES of AMERICA  :

CR. 09-695 (PGS)

V.  :

ORDER

THOMAS FREEMAN  :

:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 16th, day of December 2015,

O R D E R E D that Federal Public Defender Brian Reilly, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender