UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | 09-cr-695 (PGS) |
| v. | ORDER |
| THOMAS FREEMAN | |

WHEREAS, on June 14, 2023, an evidentiary hearing was held regarding the pending Petition and Summons for Violation of Supervised Release. (ECF No. 106);

WHEREAS, defendant Thomas Freeman requested an adjournment to retain counsel. The United States Attorney did not object.

IT IS on this 15th day of June, 2023;

ORDERED that defendant Thomas Freeman may retain counsel and said counsel must file a Notice of Appearance with the Court on or before July 6, 2023; and it is further;

ORDERED that the evidentiary hearing on the Violation of Supervised Release is hereby rescheduled for July 19, 2023 at 2:30 P.M.; and it is further;

ORDERED that no further adjournments will be granted.

_____
PETER G. SHERIDAN, U.S.D.J.